1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:  (650) 879-0141
4  Fax:  (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 GREATER NAPA FAIR HOUSING            ) Case No.
   CENTER, a California Not for Profit  )
11 Corporation, doing business as       ) PETITION FOR APPOINTMENT OF
   FAIR HOUSING NAPA VALLEY, as         ) GUARDIAN AD LITEM; CONSENT OF
12 an individual entity only; RUBY      ) NOMINEE; ORDER APPOINTING
   DUNCAN, an incompetent adult, by     ) GUARDIAN AD LITEM
13 and through her Guardian Ad Litem,   )
   M. LOUISE WHITAKER; and EVA          ) **CLASS ACTION**
14 NORTHERN, an incompetent adult,      )
   by and through her Guardian ad       )
15 Litem, NANCY NORTHERN,               )
   each individually and on behalf of   )
16 individuals similarly situated;      )
   NANCY NORTHERN, in her               )
17 individual capacity only; and M.     )
   LOUISE WHITAKER, in her              )
18 individual capacity only,            )
                                        )
19         **Plaintiffs,**              )
                                        )
20     vs.                              )
                                        )
21 HARVEST REDWOOD                      )
   RETIREMENT RESIDENCE, L.L.C.,        )
22 doing business as Redwood            )
   Retirement Residence; REDWOOD        )
23 RETIREMENT RESIDENCE L.L.C.;         )
   and HOLIDAY RETIREMENT CORP.,        )
24                                      )
           **Defendants.**              )
25

26 Petitioner herein, Ruby Duncan, states as follows:

27     1.  I am 100 years old, and I am about to commence litigation as a named

28 plaintiff in a class action in this Court against Redwood Retirement Residence.

       2.  I have multiple physical and cognitive disabilities, most of which are the

   effects of old age. On many days I do not feel well enough to dress and leave my

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM, CONSENT OF NOMINEE, & ORDER**

1

1  apartment. I also have significant communication and perception impairments, which
2  limit my ability to understand and actively participate in conversations. Recently, I have
3  begun to experience severe memory loss and dementia, and I have difficult focusing on
4  anything other than simple thoughts.

5      3. As a result of my cognitive disabilities, I am not able to understand or fully
6  direct the course of this litigation.

7      4. For many years, my daughter, M. Louise Whitaker ("Lou"), has assisted me
8  with my financial affairs, medical issues, housing, and a wide variety of other matters.

9      5. I granted Lou durable power of attorney for purposes of my healthcare
10  decisions on December 27, 1999, and it continues to be enforceable.

11      6. Lou is willing and able to act as guardian ad litem for me for the purposes of
12  this litigation, as appears by her attached consent.

Respectfully submitted,

Dated: July 9, 2007

_Ruby Duncan_
Ruby Duncan

### CONSENT OF THE NOMINEE

I, Louise Whitaker, the nominee of Petitioner Ruby Duncan, consent to act as guardian ad litem for Ruby Duncan in the above action.

Dated: July 9, 2007

_M. Louise Whitaker_
M. Louise Whitaker

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM, CONSENT OF NOMINEE, & ORDER

2

**ORDER**

The Petition for an Order appointing M. Louise Whitaker as guardian ad litem for Petitioner Ruby Duncan is GRANTED.

IT IS SO ORDERED.

Dated: 7/23/07

_____
United States District Court Judge

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE