1  BRANCART & BRANCART
    Christopher Brancart (SBN 128475)
2   Liza Cristol-Deman (SBN 190516)
    Post Office Box 686
3   Pescadero, CA 94060
    Tel: (650) 879-0141
4   Fax: (650) 879-1103
    cbrancart@brancart.com
5   lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10  GREATER NAPA FAIR HOUSING            ) Case No. C 07 3652
    CENTER, a California Not for Profit   )
11  Corporation, doing business as        ) PETITION FOR APPOINTMENT OF
    FAIR HOUSING NAPA VALLEY, as          ) GUARDIAN AD LITEM; CONSENT OF
12  an individual entity only; RUBY       ) NOMINEE; ORDER APPOINTING
    DUNCAN, an incompetent adult, by      ) GUARDIAN AD LITEM
13  and through her Guardian Ad Litem,    )
    M. LOUISE WHITAKER; and EVA           ) CLASS ACTION
14  NORTHERN, an incompetent adult,       )
    by and through her Guardian ad        )
15  Litem, NANCY NORTHERN,                )
    each individually and on behalf of    )
16  individuals similarly situated;       )
    NANCY NORTHERN, in her                )
17  individual capacity only; and M.      )
    LOUISE WHITAKER, in her               )
18  individual capacity only,             )
                                          )
19          Plaintiffs,                   )
                                          )
20      vs.                               )
                                          )
21  HARVEST REDWOOD                       )
    RETIREMENT RESIDENCE, L.L.C.,         )
22  doing business as Redwood             )
    Retirement Residence; REDWOOD         )
23  RETIREMENT RESIDENCE L.L.C.;          )
    and HOLIDAY RETIREMENT CORP.,         )
24                                        )
           Defendants.                    )
25

26  Petitioner herein, Eva Northern, states as follows:

27      1. I am 86 years old, and I am about to commence litigation as a named plaintiff

28  in a class action in this Court against Redwood Retirement Residence.

        2. I have multiple physical and cognitive disabilities, including diabetes and

    complications from a stroke. I also have communication and perception impairments,

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM, CONSENT OF NOMINEE, & ORDER**

1

1  and, in late 2005, I began to show symptoms of dementia.

2      3. As a result of my cognitive disabilities, I am not able to understand or fully
3  direct the course of this litigation.

4      4. For many years, my daughter, Nancy Northern, has assisted me with my
5  financial affairs, medical issues, housing, and a wide variety of other matters.

6      5. I granted Nancy durable power of attorney for purposes of my healthcare
7  decisions on March 4, 1996, and it continues to be enforceable.

8      6. Nancy is willing and able to act as guardian ad litem for me for the purposes
9  of this litigation, as appears by her attached consent.

10

11

12                        Respectfully submitted,

13  Dated: July 14, 2007
14                        Eva Northern

15

16

17

18  ### CONSENT OF THE NOMINEE

19

20  I, Nancy Northern, the nominee of Petitioner Eva Northern, consent to act as
21  guardian ad litem for Eva Northern in the above action.

22

23  Dated: July 14, 2007
24                        Nancy Northern

25

26

27

28

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM, CONSENT OF NOMINEE, & ORDER

2

**ORDER**

The Petition for an Order appointing Nancy Northern as guardian ad litem for Petitioner Eva Northern is GRANTED.

IT IS SO ORDERED.

Dated: 7/23/07

United States District Court Judge

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM, CONSENT OF NOMINEE, & ORDER

3