UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greater Napa Valley Fair Housing Center
et al.

                 Plaintiff(s),

Case No.  C 07-3652 MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

         v.

Harvest Redwood Retirement Residence,
LLC et al.

                 Defendant(s).
                                /

       Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: *See attached*

                                      *See attached*
                                    [Party]

Dated: 8/6/2007

                                    [Counsel]  *Liza Cristol-Deman*
                                        *Attorney for Plaintiffs*

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled
> "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greater Napa Valley Fair Housing Center
et al.
                    Plaintiff(s),

                                                    Case No.  C 07-3652 MEJ

                                                    ADR CERTIFICATION BY PARTIES
                                                    AND COUNSEL

              v.

Harvest Redwood Retirement Residence,
LLC et al.
                    Defendant(s).
_____/


        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: 8-2-07                                       *Kathryn J. Winter*
                                                    [Party] Greater Napa Valley
                                                        Fair Housing Center
                                                    By: Kathryn Winter

Dated: _____

                                                    _____
                                                    [Counsel]


When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greater Napa Valley Fair Housing Center
et al.
                    Plaintiff(s),

                                              Case No.  C 07-3652 MEJ

                                              ADR CERTIFICATION BY PARTIES
                                              AND COUNSEL

            v.

Harvest Redwood Retirement Residence,
LLC et al.
                    Defendant(s).
_____/

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 7-20-07                                    *Mae Louise Whitaker*
                                                  [Party] Mae Louise Whitaker

Dated: _____                                _____
                                                  [Counsel]

+--------------------------------------------------------------------------------+
| When filing this document in ECF, please be sure to use the ADR Docket Event   |
| entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."     |
+--------------------------------------------------------------------------------+

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Greater Napa Valley Fair Housing Center
et al.

              Plaintiff(s),

Case No.  C 07-3652 MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

            v.

Harvest Redwood Retirement Residence,
LLC et al.

              Defendant(s).
_____/

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/19/2007

                                            [Party] Nancy Northern

Dated: _____

                                            [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action.  My business address is 8205 Pescadero Road, Loma Mar, California  94021.

On August 6, 2007, I served a true and correct copy of the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

upon the following person(s):

Defendants' Agent for Service of Process, CT Corporation System, 818 West Seventh Street, 2nd Floor, Los Angeles, CA 90017, (by mail only); and,

Kurt A. Franklin, Hanson, Bridgett, Marcus, Vlahos, Rudy LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105 (by mail and electronic mail)

|    |                                                                                                                                                                                    |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | **BY HAND DELIVERY**:  By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above.                                               |
| xx | **BY MAIL**:  By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |
|    | **BY FACSIMILE**:  By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above.                                                           |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 6, 2007, Loma Mar, California.

_____
Tom Kayes

page 5 of 5