HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KURT A. FRANKLIN – 172715
SARAH D. MOTT - 148597
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
kfranklin@hansonbridgett.com
smott@hansonbridgett.com

Attorneys for Defendant
HOLIDAY RETIREMENT CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER NAPA FAIR HOUSING CENTER, a Calfiornia Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; REDWOOD RETIREMENT RESIDENCE L.L.C. and HOLIDAY RETIREMENT CORP.,<br><br>Defendants. | No. C07 03652 MEJ<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT HOLIDAY RETIREMENT CORP. TO RESPOND TO COMPLAINT |

Plaintiffs and defendant HOLIDAY RETIREMENT CORP. ("Defendant") through their respective undersigned counsel, stipulate as follows:

1. Defendant is granted an extension of time to and including August 15, 2007, to answer or otherwise respond to plaintiffs' complaint.

2. In the event either defendant files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than thirty-five (35) days from the filing of said motion.

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.
(CASE NO. C07 03652 MEJ)

1338610.1

3. Defendants further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

DATED: August 6, 2007

BRANCART & BRANCART

By: *[signature]*
LIZA A. CRISTOL-DEMAN
Attorneys for Plaintiffs

DATED: August 3, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: *[signature]*
KURT A. FRANKLIN
Attorneys for Defendant
HOLIDAY RETIREMENT CORP.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.
(CASE NO. C07 03652 MEJ)

1338610.1