1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:  (650) 879-1103

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 | GREATER NAPA FAIR HOUSING  ) Case No. C 07-3652-MEJ
   | CENTER, et al.,            )
11 |                             )
   |         Plaintiffs,         ) CERTIFICATE OF SERVICE:
12 |                             )
   |     vs.                     ) ORDER DIRECTING DEFENDANTS TO
13 | HARVEST REDWOOD             ) FILE CONSENT/DECLINATION FORM
   | RETIREMENT RESIDENCE, LLC,  )
14 | et al.,                     )
   |         Defendants.         )
15 |_____)

16       I am employed in the County of San Mateo, State of California. I am over the age

17 of 18 and not a party to the within action; my business address is 8205 Pescadero Road,

18 Loma Mar, California 94021.

19       On August 7, 2007, I served **ORDER DIRECTING DEFENDANTS TO FILE**

20 **CONSENT/DECLINATION FORM** on the Interested Parties in this action by placing a true

21 copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid for U.S.

22 Mail, in the United States mail at Loma Mar, California, addressed as follows:

23       Defendants' Agent for Service of Process, CT Corporation System, 818 West

24       Seventh Street, 2nd Floor, Los Angeles, CA 90017, (by mail only); and,

25 ///

26 ///

27 CERTIFICATE OF SERVICE OF ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION
   FORM, CASE NO. C 07-3652-MEJ            -1-
28

1  Kurt A. Franklin, Hanson, Bridgett, Marcus, Vlahos, Rudy LLP, 425 Market
2  Street, 26th Floor, San Francisco, CA 94105 (by mail and electronic mail).
3
4  I declare under penalty of perjury that the foregoing is true and correct.
5  Executed on August 8, 2007, at Loma Mar, California.
6
7                                           Tom Kayes
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE OF ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION
FORM, CASE NO. C 07-3652-MEJ            -2-



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREATER NAPA FAIR HOUSING CENTER, et al.,

    Plaintiff(s),

vs.

HARVEST REDWOOD RETIREMENT RESIDENCE, LLC, et al.,

    Defendant(s).

No. C 07-3652 MEJ

**ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM**

    Pending before the Court is Plaintiffs' motion for a preliminary injunction. Upon review of the record in this action, the Court notes that Defendants have not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendants shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed as soon as possible, but no later than August 16, 2007.

**Plaintiffs shall serve this order upon all Defendants.**

**IT IS SO ORDERED.**

Dated: August 6, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On August 7, 2007, I served a true and correct copy of the following document(s):

**ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM**

upon the following person(s):

Defendants' Agent for Service of Process, CT Corporation System, 818 West Seventh Street, 2nd Floor, Los Angeles, CA 90017, (by mail only); and,

Kurt A. Franklin, Hanson, Bridgett, Marcus, Vlahos, Rudy LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105 (by mail and electronic mail)

|    | |
|----|---|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| xx | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 7, 2007, Loma Mar, California.

Tom Kayes

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On August 8, 2007, I served a true and correct copy of the following document(s):

**CERTIFICATE OF SERVICE: ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM**

upon the following person(s):

Defendants' Agent for Service of Process, CT Corporation System, 818 West Seventh Street, 2nd Floor, Los Angeles, CA 90017, (by mail only); and,

Kurt A. Franklin, Hanson, Bridgett, Marcus, Vlahos, Rudy LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105 (by mail and electronic mail)

|    | |
|----|---|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| xx | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2007, Loma Mar, California.

Tom Kayes