1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | GREATER NAPA FAIR HOUSING          ) Case No. C07-3652 MEJ
   | CENTER, a California Not for Profit )
11 | Corporation, doing business as     ) NOTICE CONTINUING HEARING ON
   | FAIR HOUSING NAPA VALLEY, et al.   ) PLAINTIFFS' MOTION FOR
12 |                                    ) ISSUANCE OF PRELIMINARY
   |           Plaintiffs,              ) INJUNCTION
13 |                                    )
   |     vs.                            )
14 |                                    )
   | HARVEST REDWOOD                    )
15 | RETIREMENT RESIDENCE, L.L.C.,      ) **NEW HEARING DATE:**
   | doing business as Redwood          ) Date: September 20, 2007
16 | Retirement Residence; et al.,      ) Time: 10:00 a.m.
   |                                    ) Place: 450 Golden Gate Ave.,
17 |           Defendants.              )        Courtroom B, 15th Floor
   |                                    )
18

19         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         PLEASE TAKE NOTICE that the date of the hearing on plaintiffs' motion for

21 issuance of preliminary injunction has been changed.  In response to the request of

22 counsel for defendants, plaintiffs have voluntarily agreed to continue the hearing on

23 plaintiffs' motion for two weeks, to **September 20, 2007, at 10:00 a.m.** or as soon

24 thereafter as counsel may be heard.  The location of the hearing remains the same:

25 Courtroom B, 15th floor, United States District Court, Northern District of California,

26 located at 450 Golden Gate Avenue, San Francisco, CA.

27 ///

28 ///

NOTICE CONTINUING HEARING ON PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY
INJUNCTION; CASE NO. C 07-3652 MEJ

1  This notice is being filed and served pursuant to Local Rule 7-7(a).
2  Dated: August 10, 2007.

                                                    Respectfully submitted,
                                                  BRANCART & BRANCART

                                                  _____
                                                  Liza Cristol-Deman
                                                  Attorneys for Plaintiffs

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On August 10, 2007, I served a true and correct copy of the following document(s):

**NOTICE CONTINUING HEARING ON PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION**

upon the following person(s):

Defendants' Agent for Service of Process, CT Corporation System, 818 West Seventh Street, 2nd Floor, Los Angeles, CA 90017, (by mail only); and,

Kurt A. Franklin, Hanson, Bridgett, Marcus, Vlahos, Rudy LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105 (by mail and electronic mail)

| | |
|---|---|
| | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| xx | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
| | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| xx | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email address of the person designated above, or by electronically filing the documents on the Court's ECF system. |
| | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 10, 2007, Loma Mar, California.

_____
Tom Kayes