HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
KURT A. FRANKLIN – 172715
SARAH D. MOTT - 148597
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
kfranklin@hansonbridgett.com
smott@hansonbridgett.com

Attorneys for Defendant
HOLIDAY RETIREMENT CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER NAPA FAIR HOUSING CENTER, a Califiornia Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; REDWOOD RETIREMENT RESIDENCE L.L.C. and HOLIDAY RETIREMENT CORP.,<br><br>Defendants. | No. C07 03652 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

- 1 -
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (CASE NO. C07 03652 MEJ)    1342288.1

1  DATED: August 10, 2007                    HANSON BRIDGETT MARCUS
2                                            VLAHOS & RUDY, LLP
3                                            By: /s/ Kurt A. Franklin
4                                            KURT A. FRANKLIN
                                             Attorneys for Defendant
5                                            HOLIDAY RETIREMENT CORP.

- 2 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (CASE NO. C07 03652 MEJ)          1342288.1