**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## August 15, 2007

**CASE NUMBER:  CV 07-03652 MEJ**
**CASE TITLE:  GREATER NAPA FAIR HOUSING-v-HARVEST REDWOOD
RETIREMENT RESIDENCE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 8/15/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 8/15/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA