| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
|  | KURT A. FRANKLIN – 172715 |
| 2 | SARAH D. MOTT - 148597 |
|  | 425 Market Street, 26th Floor |
| 3 | San Francisco, CA  94105 |
|  | Telephone:     (415) 777-3200 |
| 4 | Facsimile:      (415) 541-9366 |
|  | kfranklin@hansonbridgett.com |
| 5 | smott@hansonbridgett.com |
| 6 | Attorneys for Defendant |
|  | HOLIDAY RETIREMENT CORP. |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER NAPA FAIR HOUSING CENTER, a Calfiornia Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only, et al., | No. C07 03652 MEJ |
| Plaintiffs, | **DEFENDANTS' DISCLOSURE STATEMENT (F.R.C.P. 7.1)** |
| v. | |
| HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; REDWOOD RETIREMENT RESIDENCE L.L.C. and HOLIDAY RETIREMENT CORP., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Harvest Redwood Retirement Residence, L.L.C., Redwood Retirement Residence, L.L.C. and Holiday Retirement Corp. state as follows:

Defendant Redwood Retirement Residence, L.L.C. does not have a parent corporation. Holiday Acquisition Corp., a privately held Delaware corporation, is the parent company of Defendant Harvest Redwood Retirement Residence, L.L.C.  As of March 2007, Defendant Holiday Retirement Corp. changed its name to HRC Investors Corp.  HRC Investors Corp. does

- 1 -

1 | not have a parent corporation.

2 | DATED: August 15, 2007                    HANSON BRIDGETT MARCUS
                                              VLAHOS & RUDY, LLP

                                              By: /s/ Kurt A. Franklin
                                                  KURT A. FRANKLIN
                                                  SARAH D. MOTT
                                                  Attorneys for Defendant
                                                  HOLIDAY RETIREMENT CORP.

- 2 -

DISCLOSURE STATEMENT.
(CASE NO. C07 03652 MEJ)                                              1342224.1