1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516)
  Post Office Box 686
3  Pescadero, CA 94060
  Tel:  (650) 879-0141
4  Fax:  (650) 879-1103
  cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GREATER NAPA FAIR HOUSING CENTER, a California Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; et al.,<br><br>Defendants. | Case No. C07-3652 PJH<br><br>RENOTICE OF HEARING ON PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION PURSUANT TO REASSIGNMENT ORDER<br><br><br>**NEW HEARING DATE:**<br>Date: September 26, 2007<br>Time: 9:00 a.m.<br>Place: 450 Golden Gate Ave., Courtroom 3, 17th Floor |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the date, time, and location of the hearing on plaintiffs' motion for issuance of preliminary injunction has been changed due to the reassignment order issued by the Clerk of the Court (Document 18). The new hearing date is **Wednesday, September 26, 2007, at 9:00 a.m.** or as soon thereafter as counsel may be heard. The new location for the hearing is the courtroom of the Honorable Phyllis J. Hamilton, Courtroom 3, 17th floor, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA.

///

///

RENOTICE OF HEARING ON PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY
INJUNCTION PURSUANT TO REASSIGNMENT ORDER; CASE NO. C 07-3652 PJH

1

1  This notice is being filed and served pursuant to Local Rule 7-7(a) and the
2  Reassignment Order dated August 15, 2007.
3  Dated: August 16, 2007.

Respectfully submitted,
BRANCART & BRANCART

*[signature]*

Liza Cristol-Deman
Attorneys for Plaintiffs

RENOTICE OF HEARING ON PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION PURSUANT TO REASSIGNMENT ORDER; CASE NO. C 07-3652 PJH

2