1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 GREATER NAPA FAIR HOUSING          ) Case No. C07-3652 PJH
   CENTER, a California Not for Profit )
11 Corporation, doing business as      ) ASSOCIATION OF COUNSEL
   FAIR HOUSING NAPA VALLEY et al., )
12                                     )
                                       ) **CLASS ACTION**
13            Plaintiffs,              )
                                       )
14       vs.                           )
                                       )
15 HARVEST REDWOOD                     )
   RETIREMENT RESIDENCE, L.L.C.,       )
16 doing business as Redwood           )
   Retirement Residence; REDWOOD       )
17 RETIREMENT RESIDENCE L.L.C.;        )
   and HOLIDAY RETIREMENT CORP., )
18                                     )
              Defendants.              )
19 _____)

20

21      Brancart & Brancart, being attorney of record for Plaintiffs in this action, hereby

22 associates Protection & Advocacy, Inc. and its attorneys Stuart Seaborn (SBN 198590),

23 Dara Schur (SBN 98638), Eric Gelber (SBN 95256), Kim Swain (SBN 100340), and

24 Andrew Mudryk (SBN 249173) as co-counsel for Plaintiffs in this matter.  The office

25 address, telephone number, and facsimile number of such associated counsel is:

26      Protection & Advocacy, Inc.
        100 Howe Ave.  Suite 235N
27      Sacramento, CA 95825
        telephone (916) 488-9950
28      facsimile (916) 488-9960

ASSOCIATION OF COUNSEL – CASE NO. C 07-3652 PJH

1

1  Protection & Advocacy, Inc. and its attorneys represent plaintiffs Eva Northern,
2  Ruby Duncan's successor in interest and the class plaintiffs only. Brancart & Brancart
3  continues to represent all plaintiffs.
4  Dated: September 7, 2007

Respectfully submitted,

BRANCART & BRANCART

*[signature]*

Liza Cristol-Deman
Attorneys for Plaintiffs