UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 26, 2007         **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3652 PJH

**Case Name:** Greater Napa Fair Housing Center, et al v. Harvest Redwood Retirement Residence, et al.

**Attorney(s) for Plaintiff:**    Liz Cristol-Deman; Stuart Seaborn
**Attorney(s) for Defendant:**    Kurt A. Franklin

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Plaintiffs' Motion for Issuance of Preliminary Injunction-DENIED as stated on the record.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file