UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREATER NAPA FAIR HOUSING
CENTER, et al.

        Plaintiff(s),

v.

HARVEST REDWOOD RETIREMENT
RESIDENCE, L.L.C., et al.

        Defendant(s).
_____/

Case No. C 07 3652 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/2/07

                                _____
                                HARVEST REDWOOD RETIREMENT
                                RETIREMENT RESIDENCE, L.L.C

Dated: 10/3/07

                                _____
                                KURT A. FRANKLIN
                                HANSON BRIDGETT MARCUS, et al.

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."