1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2  Liza Cristol-Deman (SBN 190516)
   Post Office Box. 686
3  Pescadero, CA  94060
   Tel:  (650) 879-0141
4  Fax:  (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7  PROTECTION & ADVOCACY, INC.
   Stuart Seaborn (SBN 198590)
8  Dara Schur (SBN 98638)
   Eric Gelber (SBN 95256)
9  100 Howe Ave., Suite 235N
   Sacramento, CA  95825
10 Tel: (916) 488-9950
   Fax: (916) 488-9960
11 stuart.seaborn@pai-ca.gov

12 Attorneys for Ruby Duncan, Eva Northern,
   and Class Plaintiffs Only

13

                UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 GREATER NAPA FAIR HOUSING           No. C 07 3652 PJH
   CENTER, a California Not for Profit
17 Corporation, doing business as FAIR  STIPULATION AND ORDER
18 HOUSING NAPA VALLEY, as an          SUBSTITUTING PARTY (FRCP 25(a))
   individual entity only; et al.,

19
                    Plaintiffs,
20
          v.
21
   HARVEST REDWOOD RETIREMENT
22 RESIDENCE, L.L.C., doing business as
   Redwood Retirement Residence; et al.,
23
                    Defendants.
24

25        The parties to this action, through their respective attorneys of record, stipulate and agree

26 as follows:

27        (1)    Ruby Duncan is no longer a party to this action by reason of death.  Ms. Duncan

28
                                  - 1 -
   STIPULATION AND ORDER SUBSTITUTING PARTY
   (CASE NO. C 07 3652 PJH)                                          1358888.1

1   passed away on July 11, 2007.

2        (2)    Mae Louise Whitaker, who is both the executor of Ruby Duncan's estate and her

3   daughter, and, prior to Ms. Duncan's death was her guardian ad litem, is substituted as a party to

4   this action in place of Ms. Duncan.

5        (3)    Mae Louise Whitaker seeks to serve as putative plaintiff and class representative.

6        (4)    By signing this stipulation, Defendants do not concede any matter related to the

7   merits of class certification, or to Ms. Whitaker's standing to seek equitable relief.  Defendants

8   also affirmatively preserve objections to Mae Louise Whitaker serving as a class representative

9   and assert that she fails the tests of commonality, typicality, and adequacy.

10                                                Respectfully Submitted,

11  DATED:  September *October 3*, 2007        BRANCART & BRANCART

12                                             PROTECTION & ADVOCACY, INC.

13

14                                        By: _____

15                                             LIZA CRISTOL-DEMAN
                                               BRANCART & BRANCART
16                                             Attorneys for Plaintiffs

17  DATED:  September 27, 2007                 HANSON BRIDGETT MARCUS
                                               VLAHOS & RUDY, LLP
18

19

20                                        By: _____
                                               KURT A. FRANKLIN
21                                             SARAH D. MOTT
                                               Attorneys for Defendants
22                                             HARVEST REDWOOD RETIREMENT
                                               RESIDENCE, L.L.C., doing business as
23                                             Redwood Retirement Residence,
                                               RETIREMENT RESIDENCE, L.L.C.;
24                                             and HOLIDAY RETIREMENT CORP.

25

26

27

28

                                    - 2 -

STIPULATION AND ORDER SUBSTITUTING PARTY
 (CASE NO. C 07 3652 PJH)                                              1358888.1

1

[PROPOSED] ORDER

2      Based on the stipulation of the parties to this matter, and good cause appearing therefore,

3    the Court hereby orders that Mae Louise Whitaker shall be substituted for deceased plaintiff Ruby

4    Duncan.

5

6    IT IS SO ORDERED.

7    Dated: _____, 2007

8

9                               _____

                                  Hon. Phyllis J. Hamilton

10                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER SUBSTITUTING PARTY
(CASE NO. C 07 3652 PJH)

1358888.1