BRANCART & BRANCART
Christopher Brancart (SBN 128475)
Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiffs

PROTECTION & ADVOCACY, INC.
Stuart Seaborn (SBN 198590)
Dara Schur (SBN 98638)
Eric Gelber (SBN 95256)
100 Howe Ave., Suite 235N
Sacramento, CA 95825
Tel: (916) 488-9950
Fax: (916) 488-9960
stuart.seaborn@pai-ca.gov

Attorneys for Ruby Duncan, Eva Northern,
and Class Plaintiffs Only

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER NAPA FAIR HOUSING CENTER, a California Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; et al.,<br><br>Defendants. | No. C 07 3652 PJH<br><br>**STIPULATION AND ORDER SUBSTITUTING PARTY (FRCP 25(a))** |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) Ruby Duncan is no longer a party to this action by reason of death. Ms. Duncan

1  passed away on July 11, 2007.

2  (2) Mae Louise Whitaker, who is both the executor of Ruby Duncan's estate and her daughter, and, prior to Ms. Duncan's death was her guardian ad litem, is substituted as a party to this action in place of Ms. Duncan.

(3) Mae Louise Whitaker seeks to serve as putative plaintiff and class representative.

(4) By signing this stipulation, Defendants do not concede any matter related to the merits of class certification, or to Ms. Whitaker's standing to seek equitable relief. Defendants also affirmatively preserve objections to Mae Louise Whitaker serving as a class representative and assert that she fails the tests of commonality, typicality, and adequacy.

Respectfully Submitted,

DATED: October 3, 2007

BRANCART & BRANCART
PROTECTION & ADVOCACY, INC.

By: _____
LIZA CRISTOL-DEMAN
BRANCART & BRANCART
Attorneys for Plaintiffs

DATED: September 27, 2007

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By: _____
KURT A. FRANKLIN
SARAH D. MOTT
Attorneys for Defendants
HARVEST REDWOOD RETIREMENT
RESIDENCE, L.L.C., doing business as
Redwood Retirement Residence,
RETIREMENT RESIDENCE, L.L.C.;
and HOLIDAY RETIREMENT CORP.

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Based on the stipulation of the parties to this matter, and good cause appearing therefore, |
| 3 | the Court hereby orders that Mae Louise Whitaker shall be substituted for deceased plaintiff Ruby |
| 4 | Duncan. |

IT IS SO ORDERED.

Dated: October 9____, 2007



IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

STIPULATION AND ORDER SUBSTITUTING PARTY
(CASE NO. C 07 3652 PJH)

- 3 -

1358888.1