UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** October 25, 2007      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3652 PJH

**Case Name:** Greater Napa Fair Housing Center, et al v. Harvest Redwood Retirement Residence, et al.

**Attorney(s) for Plaintiff:** Liza Cristol-Deman; Stuart Seaborn
**Attorney(s) for Defendant:** Sarah D. Mott; Kurt A. Franklin

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. Any amendment of the pleadings to add parities shall be completed within 120 days. The court will not bifurcate discovery but the parties shall focus on what is needed to get through class certification first. Discovery for class certification shall be completed 45 days in advance of the deadline for filing of the class certification motion. The motion for class certification shall be filed by 6/25/08; opposition to be filed by 7/16/08; reply to be filed by 7/23/08 with a hearing to be noticed for 8/6/08 at 9:00 a.m. The parties are handed copies of the courts pretrial instructions. Plaintiff counsel to prepare proposed order and get approval as to form from defense counsel before submitting to the court.

**REFERRALS:**

**[x] Case referred to (direct) Magistrate Judge Elizabeth Laporte for SETTLEMENT CONFERENCE to take place within 120 days**, or as soon thereafter as is convenient for the judge.

**Order to be prepared by:** [x] Pl [] Def [] Court

**Notes:**

**cc:** file; EDL; Wings