1   BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
    Post Office Box 686
3   Pescadero, CA 94060
    Tel:    (650) 879-0141
4   Fax:    (650) 879-1103
    cbrancart@brancart.com
5   lcristoldeman@brancart.com

6   Attorneys for Plaintiffs

7   PROTECTION & ADVOCACY, INC.
       Stuart Seaborn (SBN 198590)
8      Dara Schur (SBN 98638)
       Eric Gelber (SBN 95256)
9   100 Howe Ave.  Suite 235N
    Sacramento, CA 95825
10  Tel:    (916) 488-9950
    Fax:    (916) 488-9960
11  stuart.seaborn@pai-ca.org

12  Attorneys for Ruby Duncan, Eva Northern,
     and Class Plaintiffs Only

13

14                  **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16  **GREATER NAPA FAIR HOUSING**            )     Case No. C-07-3652 PJH
    **CENTER, a California Not for Profit**   )
17  **Corporation, doing business as**       )     **JOINT APPLICATION AND**
    **FAIR HOUSING NAPA VALLEY, as**         )     **STIPULATION FOR ISSUANCE OF**
18  **an individual entity only; et al.,**   )     **ORDER GRANTING PLAINTIFFS**
                                             )     **LEAVE TO FILE FIRST AMENDED**
19          **Plaintiffs,**                  )     **COMPLAINT; [PROPOSED] ORDER**
                                             )
20          vs.                              )
                                             )
21  **HARVEST REDWOOD**                      )
    **RETIREMENT/RESIDENCE, L.L.C.,**        )
22  **doing business as Redwood**            )
    **Retirement/Residence; et al.,**        )
23                                           )
            **Defendants.**                  )
24  _____ )

25          Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties to this

26  action, by and through their attorneys of record, hereby apply for and stipulate to an

27  order granting plaintiffs leave to file a first amended complaint.  The proposed first

28  amended complaint is attached hereto as Exhibit 1.

**JOINT APPLIC. & STIP. FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST
AMENDED COMPLAINT; [PROPOSED] ORDER; CASE NO. 07-3652 PJH**

1    The first amended complaint adds two named plaintiffs and proposed class

2   representatives, Marie Broman and Al Fournier.  The first amended complaint also

3   clarifies the status of plaintiff Mae Louise Whitaker, who appears on her own behalf and

4   as the successor in interest to deceased plaintiff Ruby Duncan.  There are no new

5   causes of action.

6    There is good cause to grant this application.  First, the parties agree to the

7   amendment.  Second, the proposed amendment will not delay this action, since a trial

8   date and pretrial deadlines have not yet been set.  Third, Fed.R.Civ.P. 15(a) provides

9   that leave to amend shall be "freely given when justice so requires."

10    The parties have agreed that defendants shall have until December 7, 2007 to

11   file a responsive pleading.

12    So stipulated.

13                                                      Respectfully submitted,

14                                                      BRANCART & BRANCART
                                                        PROTECTION & ADVOCACY, INC.
15
       Dated: November 13 , 2007.
16

17                                                      Liza Cristol-Deman
                                                        BRANCART & BRANCART
18                                                      Attorneys for Plaintiffs

19
                                                        HANSON BRIDGETT MARCUS VLAHOS &
20                                                        RUDY, LLP

21   Dated: November  13, 2007.

22

23                                                      Kurt A. Franklin
                                                        Attorneys for Defendants

24

25

26

27

28

JOINT APPLIC. & STIP. FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST
AMENDED COMPLAINT; [PROPOSED] ORDER; CASE NO. 07-3652 PJH

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

Based on the joint application and stipulation of the parties to this matter, and good cause appearing therefor, the Court hereby grants plaintiffs leave to file the first amended complaint.  Plaintiffs are directed to file the first amended complaint on the Court's ECF system.

Defendants shall have until December 7, 2007 to file a responsive pleading.

IT IS SO ORDERED.

Dated: November _____, 2007.

_____
Hon. Phyllis J. Hamilton
United States District Judge

JOINT APPLIC. & STIP. FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER; CASE NO. 07-3652 PJH

3