```
 1  BRANCART & BRANCART
        Christopher Brancart (SBN 128475)
 2      Liza Cristol-Deman (SBN 190516)
    Post Office Box 686
 3  Pescadero, CA 94060
    Tel:   (650) 879-0141
 4  Fax:   (650) 879-1103
    cbrancart@brancart.com
 5  lcristoldeman@brancart.com

 6  Attorneys for Plaintiffs

 7  PROTECTION & ADVOCACY, INC.
        Stuart Seaborn (SBN 198590)
 8      Dara Schur (SBN 98638)
        Eric Gelber (SBN 95256)
 9  100 Howe Ave. Suite 235N
    Sacramento, CA 95825
10  Tel:   (916) 488-9950
    Fax:   (916) 488-9960
11  stuart.seaborn@pai-ca.org

12  Attorneys for Ruby Duncan, Eva Northern,
    and Class Plaintiffs Only
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER NAPA FAIR HOUSING CENTER, a California Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; et al.,<br><br>Defendants. | Case No. C-07-3652 PJH<br><br>JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties to this action, by and through their attorneys of record, hereby apply for and stipulate to an order granting plaintiffs leave to file a first amended complaint. The proposed first amended complaint is attached hereto as Exhibit 1.

---

**JOINT APPLIC. & STIP. FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER; CASE NO. 07-3652 PJH**

1     The first amended complaint adds two named plaintiffs and proposed class representatives, Marie Broman and Al Fournier. The first amended complaint also clarifies the status of plaintiff Mae Louise Whitaker, who appears on her own behalf and as the successor in interest to deceased plaintiff Ruby Duncan. There are no new causes of action.

    There is good cause to grant this application. First, the parties agree to the amendment. Second, the proposed amendment will not delay this action, since a trial date and pretrial deadlines have not yet been set. Third, Fed.R.Civ.P. 15(a) provides that leave to amend shall be "freely given when justice so requires."

    The parties have agreed that defendants shall have until December 7, 2007 to file a responsive pleading.

    So stipulated.

Respectfully submitted,

BRANCART & BRANCART
PROTECTION & ADVOCACY, INC.

Dated: November 13, 2007.

_____
Liza Cristol-Deman
BRANCART & BRANCART
Attorneys for Plaintiffs

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

Dated: November 13, 2007.

_____
Kurt A. Franklin
Attorneys for Defendants

JOINT APPLIC. & STIP. FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER; CASE NO. 07-3652 PJH

1 [~~PROPOSED~~] ORDER

2 Based on the joint application and stipulation of the parties to this matter, and good cause appearing therefor, the Court hereby grants plaintiffs leave to file the first amended complaint. Plaintiffs are directed to file the first amended complaint on the Court's ECF system.

Defendants shall have until December 7, 2007 to file a responsive pleading.

IT IS SO ORDERED.

Dated: November 16, 2007.



Hon. P
United S

Judge Phyllis J. Hamilton

JOINT APPLIC. & STIP. FOR ISSUANCE OF ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER; CASE NO. 07-3652 PJH

3