**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 7, 2008     Time: 6 hours

Case No: **C-07-3652 PJH (EDL)**

Case Name: Greater Napa Fair Housing Center v Harvest Redwood Retirement Center

    Deputy Clerk: Lili M. Harrell     Court Reporter:

    Attorneys: Pltf: Stuart Seaborn, Liza Cristol-Deman, Christopher Brancart
               Dft: Kurt Franklin, Molly Lee

**PROCEEDINGS**

[X] SETTLEMENT CONFERENCE          [ ] FURTHER SETTLEMENT CONFERENCE

    [ ] Case settled

    [X] Did not settle

    [ ] Partial settlement

[ ] DISCOVERY CONFERENCE

[ ] STATUS CONFERENCE RE:

[ ] TELEPHONIC CONFERENCE RE:

[ ] OTHER:

CASE CONTINUED TO:_ FOR _

Notes: Parties shall provide an update to this Court on February 11, 2008. The Court may schedule a further settlement conference if necessary.

cc: