IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER NAPA FAIR HOUSING, | No. C-07-03652 PJH (EDL) |
|     Plaintiff, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| HARVEST REDWOOD RETIREMENT RESIDENCE, | |
|     Defendant. / | |

The Court is in receipt of the Joint Update re Settlement Discussions. The parties shall follow the schedule contained in the Joint Update.

The Court will conduct separate telephonic conference calls with counsel on February 26, 2008. Counsel shall be available beginning at 9:30 a.m. to 11:00 a.m. Counsel shall contact the courtroom deputy at (415) 522-3694 and provide a number where they can be reached no later than February 25, 2008.

A further settlement conference is scheduled for March 12, 2008 at 9:00 a.m. All other provisions of this Court's Notice of Settlement Conference and Order shall remain in effect.

**IT IS SO ORDERED.**

Dated: February 14, 2008

                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge