| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
|   | KURT A. FRANKLIN - 172715 |
| 2 | kfranklin@hansonbridgett.com |
|   | SARAH D. MOTT - 148597 |
| 3 | smott@hansonbridgett.com |
|   | MOLLY A. LEE - 232477 |
| 4 | mlee@hansonbridgett.com |
|   | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
|   | Telephone: (415) 777-3200 |
| 6 | Facsimile: (415) 541-9366 |
| 7 | Attorneys for Defendants |
|   | HARVEST REDWOOD RETIREMENT RESIDENCE, |
| 8 | L.L.C., doing business as Redwood Retirement |
|   | Residence; REDWOOD RETIREMENT RESIDENCE |
| 9 | L.L.C.; and HOLIDAY RETIREMENT CORP. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREATER NAPA FAIR HOUSING CENTER, a California Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only; RUBY DUNCAN, an incompetent adult, by and through her Guardian Ad Litem, MAE LOUISE WHITAKER; and EVA NORTHERN, an incompetent adult, by and through her Guardian Ad Litem, NANCY NORTHERN, each individually and on behalf of individuals similarly situated; NANCY NORTHERN, in her individual capacity only; and MAE LOUISE WHITAKER, in her individual capacity only, | No. C 07 3652 PJH  **NOTICE OF CHANGE OF LAW FIRM NAME** |
| Plaintiffs, | |
| v. | |
| HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; REDWOOD RETIREMENT RESIDENCE L.L.C.; and HOLIDAY RETIREMENT CORP., | |
| Defendants. | |

- 1 -

NOTICE OF CHANGE OF LAW FIRM NAME C 07 3652 PJH                                                                  1432787.1

- 2 -

1

2   PLEASE TAKE NOTICE that the law firm of Hanson, Bridgett, Marcus, Vlahos &
3   Rudy, LLP, has changed its name to HANSON BRIDGETT LLP.  The office address,
4   telephone and facsimile numbers remain the same.

5

6   DATED: March 13, 2008                               HANSON BRIDGETT MARCUS
                                                        VLAHOS & RUDY, LLP
7

8
                                                        By:      /s/
9                                                           KURT A. FRANKLIN
                                                            Attorneys for Defendants
10                                                          HARVEST REDWOOD RETIREMENT
                                                            RESIDENCE, L.L.C., doing business
11                                                          as Redwood Retirement Residence;
                                                            REDWOOD RETIREMENT
12                                                          RESIDENCE L.L.C.; and HOLIDAY
                                                            RETIREMENT CORP.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF CHANGE OF LAW FIRM NAME C 07 3652 PJH                                    1432787.1