**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

## CIVIL MINUTES

Date:   March 12, 2008            Time: 7 hours

Case No:  **C-07-3652 PJH (EDL)**

Case Name:  Greater Napa Fair Housing Center v Harvest Redwood Retirement Center

   Deputy Clerk:  Lili M. Harrell       Court Reporter:

   Attorneys:  Pltf: Stuart Seaborn, Liza Cristol-Deman, Christopher Brancart
            Dft: Kurt Franklin, Molly Lee

---

### PROCEEDINGS

[ ]  SETTLEMENT CONFERENCE         [X]  FURTHER SETTLEMENT CONFERENCE

   [ ]   Case settled

   [X]   Did not settle *

   [ ]   Partial settlement

* **NOTES:** Progress made. On March 13, after provision of draft by plaintiff to defendant, conference call shall occur between counsel for plaintiffs, plaintiff Greater Napa Fair Housing representative, defense counsel and defendant representative regarding the prepared content of press release about the settlement. Parties to finalize and execute settlement agreement and copy settlement to this Court by March 19, 2008.

cc: