1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2  Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
4  Telephone: (650) 879-0141
   Fax: (650) 879-1103
5  cbrancart@brancart.com
   lcristoldeman@brancart.com
6
7  Attorneys for Plaintiffs

8  PROTECTION & ADVOCACY, INC.
   Stuart Seaborn (SBN 198590)
9  Dara Schur (SBN 98638)
10 100 Howe Avenue, Suite 235N
   Sacramento, CA 95825
11 Telephone: (916) 488-9950
   Fax: (916) 488-9960
12 stuart.seaborn@pai-ca.org

13
   Attorneys for Louise Whitaker, Eva Northern,
14 Marie Broman, Al Fournier, and Class Plaintiffs Only

15

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18
   GREATER NAPA FAIR HOUSING         )  Case No.: C-07-3652 PJH
19 CENTER, a California Not for Profit )
   Corporation, doing business as FAIR )  NOTICE TO COURT OF PAYMENT FROM
20 HOUSING NAPA VALLEY, as an         )  TRANSCRIPT REIMBURSEMENT FUND
   individual entity only; et al.,     )  [Business and Professions Code § 8030.6(d)]
21                                     )
22           Plaintiff,                )
                                       )
23    vs.                              )
                                       )
24                                     )
   HARVEST REDWOOD RETIREMENT          )
25 RESIDENCE, L.L.C., doing business as )
   Redwood Retirement Residence; et al., )
26                                     )
           Defendant.                  )
27                                     )
                                       )
28

Notice to Court of Payment From Transcript Reimbursement Fund

1 | TO THE CLERK OF THE COURT:

2 |     PLEASE TAKE NOTICE that payment has been approved from the Transcript
3 | Reimbursement Fund in the above-entitled case as follows:

4 |   <u>Amount</u>:    $ 1104.05.

5 |   <u>For the following:</u>    Deposition of Tom Ahrens

6 |   Pursuant of Business and Profession Code § 8030.6, if the above sum, or any other sum
7 | subsequently approved for payment from the Transcript Reimbursement Fund, is included in any
8 | award of costs made in the above entitled action, the sum is to be ordered refunded by the applicant
9 | to the Transcript Reimbursement Fund whenever the sum is actually recovered as costs.

10 |   PLEASE TAKE FURTHER NOTICE that this information, like information on the
11 | Application for Waiver of Court Fees and Costs is confidential, and that California Business and
12 | Professions Code section 8030.6(d) requires that this notice be given only to the court, and does not
13 | require that it be served on the parties to this action.

14 |   A copy of this notice has been mailed to the Court Reporters Board of California.

16 | Date: _May 07 2008_                             Respectfully Submitted,

17 |                                                    PROTECTION & ADVOCACY, INC.

20 |                                                    BY: _/s/_
21 |                                                         Stuart Seaborn
                                                        Attorneys for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

**Case Caption:** Greater Napa Fair Housing Center v. Harvest Redwood Retirement Residence, L.L.C.
**Case Number:** C07-3652 PJH

I am employed in the County of Sacramento, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Howe Avenue, Suite 235N, Sacramento, CA 95825.

On May 8, 2008, I served the foregoing document(s) entitled as:

1. **Notice of Court of Payment From Transcript Reimbursement Fund**

On the party in this action as follows:

    COURT REPORTERS BOARD OF CALIFORNIA
    2535 Capitol Oaks Drive, Suite 230
    Sacramento, CA 95833
    Telephone: (916) 263-3660
    Facsimile: (916) 263-3664

**METHOD OF SERVICE**

☒ **(By Mail)** I caused a true copy of each document identified above to be placed in a sealed envelope with first-class postage prepaid. Each such envelope was deposited for collection and mailing at the same day in the ordinary course of business in the United States Mail in Sacramento, California.

☐ **(By Overnight Delivery)** I caused a true copy of each document identified above to be sealed in an envelope to be delivered to an overnight carrier with delivery fees provided for, addressed to the addressee(s) listed above.

☐ **(By Personal Service)** I caused a true copy of each document identified above to be delivered by messenger to the offices of each addressee listed above.

☐ **(By Facsimile Transmission)** I caused a true copy of said pleadings to be sent via facsimile transmission, and the transmission was reported as complete and without error, to the interested parties listed above.

☐ **(By Electronic Mail Transmission)** I caused a true copy of each document identified above to be sent via an electronic mail transmission (e-mail) by attaching a copy of the documents in PDF format to a cover message and sending them to the e-mail address(es) listed above. There was no notification that the message failed to reach any of the recipients.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2008, in Sacramento, California.

                            /Pang Moua

Walker v. DDS, et al., Case No. 04CS00647
Proof of Service