| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
|   | KURT A. FRANKLIN - 172715 |
| 2 | kfranklin@hansonbridgett.com |
|   | SARAH D. MOTT - 148597 |
| 3 | smott@hansonbridgett.com |
|   | MOLLY A. LEE - 232477 |
| 4 | mlee@hansonbridgett.com |
|   | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA 94105 |
|   | Telephone:   (415) 777-3200 |
| 6 | Facsimile:   (415) 541-9366 |
| 7 | Attorneys for Defendants |
|   | HARVEST REDWOOD RETIREMENT RESIDENCE, |
| 8 | L.L.C., doing business as Redwood Retirement Residence; |
|   | REDWOOD RETIREMENT RESIDENCE L.L.C.; and |
| 9 | HOLIDAY RETIREMENT CORP. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | GREATER NAPA FAIR HOUSING CENTER, a California Not for Profit Corporation, doing business as FAIR HOUSING NAPA VALLEY, as an individual entity only; RUBY DUNCAN, an incompetent adult, by and through her Guardian Ad Litem, MAE LOUISE WHITAKER; and EVA NORTHERN, an incompetent adult, by and through her Guardian Ad Litem, NANCY NORTHERN, each individually and on behalf of individuals similarly situated; NANCY NORTHERN, in her individual capacity only; and MAE LOUISE WHITAKER, in her individual capacity only, | No. C 07 3652 PJH |
|   |   | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
|   |   | [FED. R. CIV. P. 41(A)(1)] |
|   | Plaintiffs, | |
|   | v. | |
|   | HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; REDWOOD RETIREMENT RESIDENCE L.L.C.; and HOLIDAY RETIREMENT CORP., | |
|   | Defendants. | |

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
(CASE NO. C 07 3652 PJH)

1470527.2

The parties have reached a settlement in the above-captioned action. No party admits to wrongdoing, liability or fault. The purpose of the settlement is to conclude all pending litigation. Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1). Each side shall pay its own attorneys' fees and costs.

DATED: May 20, 2008

HANSON BRIDGETT LLP

By: _____
KURT A. FRANKLIN
Attorneys for Defendants
HARVEST REDWOOD RETIREMENT RESIDENCE, L.L.C., doing business as Redwood Retirement Residence; REDWOOD RETIREMENT RESIDENCE L.L.C.; and HOLIDAY RETIREMENT CORP.

DATED: May 19, 2008

PROTECTION & ADVOCACY, INC.

By: _____
STUART SEABORN
Counsel for Plaintiffs

DATED: May____, 2008

BRANCART & BRANCART

By: _____
LIZA CRISTOL-DEMAN
Counsel for Plaintiffs

1  The parties have reached a settlement in the above-captioned action. No party admits to wrongdoing, liability or fault. The purpose of the settlement is to conclude all pending litigation. Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1). Each side shall pay its own attorneys' fees and costs.

DATED: May____, 2008                HANSON BRIDGETT LLP

By:_____
KURT A. FRANKLIN
Attorneys for Defendants
HARVEST REDWOOD RETIREMENT
RESIDENCE, L.L.C., doing business
as Redwood Retirement Residence;
REDWOOD RETIREMENT
RESIDENCE L.L.C.; and HOLIDAY
RETIREMENT CORP.

DATED: May____, 2008                PROTECTION & ADVOCACY, INC.

By:_____
STUART SEABORN
Counsel for Plaintiffs

DATED: May 19, 2008                 BRANCART & BRANCART

By: /s/ Liza Cristol-Deman
LIZA CRISTOL-DEMAN
Counsel for Plaintiffs