1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  GREATER NAPA FAIR HOUSING
   CENTER, et al.,
8
                Plaintiff(s),              No. C 07-3652 PJH
9
       v.                                  **ORDER OF DISMISSAL**
10
11 HARVEST REDWOOD RETIREMENT
   RESIDENCE, et al.,
12
                Defendant(s).
13 _____/
14
       The parties hereto, having settled this action and filed a stipulation of dismissal of
15
   this action with prejudice, IT IS HEREBY ORDERED that this cause of action is dismissed
16
   with prejudice.  Each party to bear its own fees and costs.  The Clerk shall close the file.
17
       IT IS SO ORDERED.
18
   Dated:  May 20, 2008
19                                         _____
                                           PHYLLIS J. HAMILTON
20                                         United States District Judge
21
22
23
24
25
26
27
28

1